# UNITED STATES DISTRICT COURT

## CENTRAL JUDICIAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOATPIX, LLC, a Nevada Limited Liability Company;<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company authorized to do business in California; and DOES 1-10, and each of them, inclusive,<br><br>    Defendants | Case No.: 8:22-cv-00831-DOC<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION |

Pursuant to the Stipulation entered into between the parties herein and their attorneys of record, IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: June 13, 2022

_David O. Carter_
UNITED STATES DISTRICT JUDGE

1